U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAY 0 6 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

NICHOLAS TRACY
███████████

No.: 2:26-cr-00052-JAW

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Conspiracy to Distribute Controlled Substances)

From at least 2024 through about April 16, 2025, within the District of Maine, the defendants,

### NICHOLAS TRACY
███████████

knowingly and intentionally conspired with others, both known and unknown, to distribute controlled substances, including 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-( 2-phenylethyl)-4-piperidinyl] propenamide (commonly known as fentanyl), in violation of Title 21, United States Code, Section 846

It is alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B) apply to the charged conduct, in that the conduct of the defendants, including the reasonably foreseeable conduct of other members of the conspiracy charged in Count One, involved 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-( 2-phenylethyl)-4-piperidinyl] propenamide

1

(commonly known as fentanyl), in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO
### (Possession with Intent to Distribute Controlled Substances)

On about April 17, 2025, within the District of Maine, the defendant,

## NICHOLAS TRACY

knowingly and intentionally possessed with the intent to distribute controlled substances, including a mixture or substance containing a detectable amount of N-phenyl-N-[1-( 2-phenylethyl)-4-piperidinyl] propenamide (commonly known as fentanyl), in violation of Title 21, United States Code, Section 841(a)(1), and Section 841(b)(1)(C).

## COUNT THREE
### (Possession with Intent to Distribute Controlled Substances)

On about April 17, 2025, within the District of Maine, the defendant,

█████████████

knowingly and intentionally possessed with the intent to distribute controlled substances, including a mixture or substance containing a detectable amount of N-phenyl-N-[1-( 2-phenylethyl)-4-piperidinyl] propenamide (commonly known as fentanyl), in violation of Title 21, United States Code, Section 841(a)(1), and Section 841(b)(1)(C).

## FIRST FORFEITURE NOTICE

1. Upon conviction of the drug offenses charged in Counts One through Three of this Indictment, the defendants, **NICHOLAS TRACY** and █████████ ████████ shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly

2

or indirectly, as a result of the offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses.

2.    If any property described in Paragraph 1 above as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants—

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney

Date: MAY 6 2026

3